```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0005--CR (HRH)
                          "USA V LINDA M. GREENE"
                          DEF 1.1 GREENE, LINDA M.

          Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 01/16/02
              Closed: 08/23/02
 No. of Defendants: 1
     MJ Case Number:
                 AKA:
     Location status: Released on Bond
          Trial date:
          Terminated: YES
  Needs interpreter: NO
   Counsel of record: Michael D. Dieni
                      Federal Public Defender
                      550 W. 7th Avenue, Suite 1600
                      Anchorage, AK 99501
                      907-646-3400
                      FAX 907-646-3480
                      Serve: YES
                        Type: FPD
                        Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Charlie W. Brown
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 1.1 GREENE, LINDA M.

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:152(3) FALSE DECLARATIONS (F) | Sentenced (41-1) |
| 1 - 1 IND | 2 | 18:152(1) CONCEALING ASSETS (F) | Sentenced (41-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A02-0005--CR (HRH)
                               "USA V LINDA M. GREENE"

                                 For all filing dates
```

```
   Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 01/16/02
            Closed: 08/23/02
No. of Defendants: 1
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 01/16/02 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - | 1 | 01/16/02 | [Re: DEF 1] AHB Grand Jury Minutes re bond set at $5,000 unsec; summons to be issued; set for arr & notify USM. |
| NOTE - | 1 | 01/17/02 | Issued: Summons. |
| NOTE - | 2 | 01/17/02 | Issued: Proposed Trial Date Setting for Arr to CMC for USDJ. |
| 3 - | 1 | 01/17/02 | [Re: DEF 1] JDR Minute Order re Arr set for 2/25/02 at 9:30 a.m. cc: USA, USM, USPO, L. Greene w/USM cy |
| 4 - | 1 | 02/08/02 | USM Return of summons unexecuted re: DEF 1. |
| 5 - | 1 | 02/08/02 | [Re: DEF 1] PLF 1 Notice of filing correct address. |
| NOTE - | 3 | 02/13/02 | Issued: Summons. |
| NOTE - | 4 | 02/13/02 | Re-Issued: Proposed Trial Date Setting for Arr to CMC for USDJ. |
| 6 - | 1 | 02/13/02 | [Re: DEF 1] JDR Minute Order re Arr prev set for 2/25/02 is VACATED & RESET for 3/21/02 at 9:30 a.m. cc: USA, USM, USPO, L. Greene w/USM cy |
| 7 - | 1 | 02/27/02 | USM Return of summons re: DEF 1 executed on 2/25/02. |
| NOTE - | 5 | 03/21/02 | Issued: Speedy Trial Notice to Judge Holland. cc: Helen Gill |
| 8 - | 1 | 03/21/02 | {SEALED} [Re: DEF 1] JDR Court Minutes [ECR: Debby Willoughby-Lyons] re Arr on Indt (held 3/21/02); FPD apptd; def pled not guilty; bond ste at $10,000 unsecured; PTM's due 4/14/02; cnsl advised of trial date 4/29/02. cc: USA, FPD, USM, USPO, Judge Holland |
| 9 - | 1 | 03/21/02 | {SEALED} [Re: DEF 1] Financial Affidavit. |
| 10 - | 1 | 03/21/02 | {SEALED} [Re: DEF 1] Appearance bond of $10,000. unsecured. |
| 11 - | 1 | 03/21/02 | {SEALED} [Re: DEF 1] Order setting conditions of release re bond set at $10,000. unsecured. cc: USA, FPD, USM, USPO |
| 12 - | 1 | 03/21/02 | {SEALED} [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due 4/17/02; cnsl to meet & confer by 3/22/02. cc: USA, FPD |
| 13 - | 1 | 03/22/02 | [Re: DEF 1] HRH Minute Order setting TBJ for 4/29/02 at 9:00 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 14 - | 1 | 03/29/02 | [Re: DEF 1] PLF 1 Discovery conference certifiate. |
| 15 - | 1 | 04/12/02 | DEF 1 Unopposed motion to continue trial date |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE A02-0005--CR (HRH)
                    "USA V LINDA M. GREENE"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 2 | 04/12/02 | DEF 1 Unopposed motion to continue pretrial motions deadline w/att aff, exhs |
| 16 - 1 | 04/15/02 | [Re: DEF 1] HRH Minute Order setting hearing on mot to continue for 4/16/02 at 9:30 a.m. cc: USA, USM, PO, FPD, MJ Roberts |
| 17 - 1 | 04/15/02 | DEF 1 Errata re: DEF 1 Unopposed motion to continue trial date (15-1), DEF 1 Unopposed motion to continue pretrial motions deadline (15-2) . |
| 18 - 1 | 04/17/02 | [Re: DEF 1] HRH Court Minutes [ECR: Robin Carter] hearing on mot to continue trial, held 4/16/02; granting unopposed motion to continue pretrial motions deadline (15-2), deadline extended to 4/24/02; granting/denying unopposed motion to continue trial date (15-1); TBJ 4/29/02 vacated & reset to 6/11/02 at 9:00. cc: USA, USM, PO, FPD, MJ Roberts, JC |
| 19 - 1 | 04/24/02 | DEF 1 motion to suppress def's statements w/att memo. |
| 20 - 1 | 04/25/02 | [Re: DEF 1] JDR Minute Order re evident hrg on def's mot o suppress (19-1) set for 5/6/02 at 9:30 a.m. cc: USA, FPD, USM, USPO |
| 21 - 1 | 05/03/02 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress def's statements (19-1). |
| 22 - 1 | 05/06/02 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton/Natalie Day] of evid hrg on def's mot to suppress (held 5/6/02); def's reply brf due COB 5/7/02; govt's response due COB 5/8/02; after submission of brfs matter will be considered under advisement and R&R will issue; crt directed cnsl for def to order transcript of proceeding on expedited basis w/att wit/exh list. cc: USA, FPD |
| 23 - 1 | 05/07/02 | DEF 1 Supplement re: DEF 1 motion to suppress def's statements (19-1). |
| 24 - 1 | 05/16/02 | [Re: DEF 1] Transcript re: evidentiary hrg on def's mot to suppress (dkt #19) held 5/6/02 . |
| 25 - 1 | 05/22/02 | Initial R&R re: DEF 1 motion to suppress def's statements (19-1). Recommended be denied; Objections due NOON 05/29/02. Reply due NOON 05/31/02. cc: USA, FPD, Judge Holland |
| 26 - 1 | 05/28/02 | [Re: DEF 1] HRH Minute Order that objections to R&R (#25) re mot to suppress are to be forwarded to HRH; replies are now due noon, Thursday, May 30, 2002. cc: USA, FPD, MJ Roberts |
| 27 - 1 | 05/29/02 | DEF 1 objection to R&R re: DEF 1 motion to suppress def's statements (19-1) |
| 28 - 1 | 05/29/02 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to suppress def's statements (19-1) |
| 29 - 1 | 05/31/02 | [Re: DEF 1] HRH Order denying motion to suppress def's statements (19-1). cc: USA, FPD, MJ Roberts |
| 30 - 1 | 06/04/02 | DEF 1 Notice of intent to plead guilty. |
| 31 - 1 | 06/07/02 | [Re: DEF 1] HRH Minute Order rescheduling TBJ for COP on 6/11/02 at 8:30 am. cc: USA, USM, PO, FPD, MJ Roberts, JC |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A02-0005--CR (HRH)
             "USA V LINDA M. GREENE"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 32 - 1 | 06/11/02 | [Re: DEF 1] HRH Court Minutes [ECR: Denali Elmore] PCOP, held 6/11/02, pled guilty cts 1 & 2; IOS 8/22/02 at 8:30 am, TBJ vacated. cc: USA, USM, PO, FPD, JC, MJ Roberts |
| 33 - 1 | 08/14/02 | DEF 1 Unopposed motion for 2-day ext (to 8/19/02) to file sentencing memo, on short time |
| 34 - 1 | 08/15/02 | [Re: DEF 1] HRH Order granting unopposed motion for 2-day ext to file sentencing memo, on short time (33-1). cc: USA, FPD |
| 35 - 1 | 08/15/02 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 36 - 1 | 08/19/02 | DEF 1 Sentencing Memorandum w/att exhs. |
| 37 - 1 | 08/19/02 | DEF 1 Notice of stip for sentencing regarding loss calculation |
| 38 - 1 | 08/20/02 | [Re: DEF 1] PLF 1 Amended Sentencing Memorandum. |
| 39 - 1 | 08/20/02 | [Re: DEF 1] PLF 1 Notice of agreed valuation for sentencing. |
| 40 - 1 | 08/22/02 | [Re: DEF 1] HRH Court Minutes [ECR: Denali Elmore] IOS held 8/22/02; sent 5 months, s/r 3 years; s/a $200; def remains on bond to report to USM as notified by PO; bond exonerated upon surrender. |
| 41 - 1 | 08/23/02 | [Re: DEF 1] HRH Judgment pleaded guilty to count(s) 1,2 of the Indictment (1-1); sent 5 months, s/r 3 years, s/a $200. cc: USA, USM, PO, FPD, MJ Roberts, def (by FPD), FLU |
| 42 - 1 | 09/23/02 | [Re: DEF 1] Partial Transcript re: IOS held 8/22/02. |