MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __LINDA M. GREENE__ CASE NO. __3:02-CR-00005-HRH__
Defendant: _X_ Present  _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____TODD MIKELOP_____

DEFENDANT'S ATTORNEY: _____MIKE DIENI, APPOINTED_____

U.S.P.O.: _____MIKE PENTANGELO_____

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD 01/18/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:16 a.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to defendant; read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant stated true name: Same as above.

_X_ Financial Affidavit **FILED.** Federal Public Defender accepted appointment; FPD notified.

At 9:33 a.m. court recessed until 11:52 a.m.

_X_ Continued Initial Appearance on Petition to Revoke Supervised Release/Preliminary/Detention Hearing set **January 20, 2006 at 9:30 a.m.** before Magistrate Judge Roberts.

_X_ Defendant detained; Order of Temporary Detention Pending Hearing **FILED.**

_X_ OTHER: Court and counsel heard re defendant's oral motion to release the defendant to the Cordova Center; **DENIED.** Court and counsel heard re defendant's oral motion to release the defendant; **DENIED.** Court and counsel heard re defendant entering the Clithroe Center; court directed that the defendant receive a medical assessment in order for placement at the Clithroe Center.

At 12:00 p.m. court adjourned.

DATE: __January 19, 2006__    DEPUTY CLERK'S INITIALS: __ce__