MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.  __LINDA M. GREENE__  CASE NO. __3:02-CR-00005-HRH__
Defendant: _X_ Present  _X_ In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____TODD MIKELOP_____

DEFENDANT'S ATTORNEY: _____MIKE DIENI_____

U.S.P.O.: _____MIKE PENTANGELO_____

PROCEEDINGS: CONTINUED INITIAL APPEARANCE/DETENTION/PRELIMINARY
       HEARING ON PETITION TO REVOKE SUPERVISED RELEASE
    HELD 01/20/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:29 a.m. court convened.

_X_ Defendant **ADMITTED** Allegation 1 of the Petition to Revoke Supervised Release.  This matter referred to the U.S. District Judge for Final Disposition Hearing.

_X_ Defendant's detention continued; Order of Detention Pending Trial **SCANNED**.

_X_ OTHER: Court and counsel heard re defendant's renewed oral motion to release the defendant to the Cordova Center; **DENIED**. Court and counsel heard re defendant's admittance into Clithroe Center.

At 9:39 a.m. court adjourned.

DATE: __January 20, 2006__   DEPUTY CLERK'S INITIALS: __ce__