Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LINDA M. GREENE,<br><br>　　　　　Defendant. | Case No. A02-0005 CR (HRH)<br><br>**NON-OPPOSED MOTION FOR BAIL RELEASE TO RESIDENTIAL TREATMENT**, *filed on shortened time* |

　　　　Defendant, Linda M. Greene, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order releasing Ms. Greene on Friday, January 27, 2006, for the purpose of participating in the Salvation Army Clitheroe residential drug treatment program.  This motion is joined by Assistant U.S. Attorney Todd Mikilop and Federal Probation Officer Mike Pentangelo.

　　　　At the last bail hearing, based upon Ms. Greene's admission to use of cocaine, all parties agreed that Ms. Greene should go to a treatment facility, and this court had previously directed Mr. Pentangelo to look into the possibility.  According to Mr. Pentangelo, the Clithroe center will have a space available on Friday,

January 27, 2006. Mr. Pentangelo expects the program to last up to 42 days. If she successfully completes the program, Ms. Greene will be allowed to remain free, subject to the treatment program out-patient counseling that will follow.

The attached order sets forth the details of the release specifying that Ms. Greene will be released on Friday, January 27, 2006, into the custody of a federal probation officer for the purpose of transporting her to the Clitheroe center.

DATED this 25th day of January 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:
I certify that on January 25, 2006, a copy of the foregoing *Non-opposed Motion for Bail Release to Residential Treatment*, with attachments, was served electronically on:

Todd Mikilop
Assistant U.S. Attorney

and a copy was hand delivered to:

Mike Pentangelo
Probation Officer

/s/ Michael D. Dieni