UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>LINDA M. GREENE,<br><br>            Defendant. | Case No. A02-0005 CR (HRH)<br><br>**PROPOSED ORDER RELEASING DEFENDANT** |

      After due consideration of the defendant's non-opposed motion to release Ms. Greene to a residential treatment facility on Friday, January 27, 2006, it is hereby ordered that the motion is Granted.  Ms. Greene is to be released on Friday, January 27, 2006, into the custody of a Federal Probation Officer.  She is required to go immediately to the Salvation Army Clitheroe Center for residential drug treatment and to remain there until the program is complete.  Upon completion of the residential aspect of the program, Ms. Greene is directed to abide by the Clitheroe Center staff recommendations for follow-up out-patient counseling, and all other previously set conditions of supervised release.

      DATED this ____ day of _____, 2006, in Anchorage, Alaska.

                                         _____
                                         JOHN D. ROBERTS
                                         U.S. DISTRICT JUDGE