Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>LINDA M. GREENE,<br><br>              Defendant. | Case No. A02-005CR (HRH)<br><br>NON-OPPOSED MOTION FOR DELAYED DISPOSITION HEARING DATE, *filed on shortened time* |

Defendant, Linda M. Greene, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a delayed disposition hearing date set at the end of the first week of March 2006, or the beginning of the second week of March 2006.  The parties, including Assistant United States Attorney Todd Mikilop and Federal Probation Officer Mike Pentangelo, make this request in conjunction with Ms. Greene's entry into the Salvation Army residential drug treatment program.  She will begin the program today and will complete it near the same time frame as the proposed disposition hearing date.

Undersigned counsel has personally conferred with both Mr. Pentangelo and Mr. Mikilop, and they agree with this request.

DATED this 27th day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on January 27, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Todd Mikilop, Esq.

and hand delivered on:

Federal Probation Officer Mike Pentangelo

/s/ Michael D. Dieni