UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>LINDA M. GREENE,<br><br>           Defendant. | Case No. A02-005CR (HRH)<br><br>PROPOSED<br>ORDER SETTING<br>DISPOSITION DATE |

      After due consideration of defendant's request for a delayed disposition hearing, for good cause shown, the motion is granted. Disposition is set for March _____, 2006, at _____ a.m./p.m.

      DATED this \_\_\_\_ day of _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge