```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF ALASKA


UNITED STATES OF AMERICA,          )
                                   )
                      Plaintiff,   )
                                   )
         vs.                       )
                                   )
LINDA M. GREENE,                   )
                                   )       No. A02-0005-CR (HRH)
                      Defendant.   )
_____)
```

O R D E R

Disposition Date

     After due consideration of defendant's request for a delayed disposition hearing, for good cause shown, the motion is granted.  Disposition is set for March 7, 2006, at 9:00 a.m.

     DATED at Anchorage, Alaska, this <u>30th</u> day of January, 2006.

```
                              /s/ H. Russel Holland
                              United States District Judge
```

- 1 -