Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>LINDA M. GREENE,<br><br>                Defendant. | Case No. 3:02-cr-0005-HRH<br><br>DEFENDANT'S MEMORANDUM REGARDING SUPERVISED RELEASE ISSUE |

       Defendant, Linda M. Greene, by and through counsel Michael Dieni, Assistant Federal Defender, submits her memorandum regarding the question of the permissible length of supervised release upon revocation of supervised release and imposition of additional imprisonment pursuant to 18 U.S.C. § 3583(h).  Ms. Greene acknowledges that the matter appears to be controlled by *United States v. Cade*, 236 F.3d 463, 467 (9th Cir. 2000).

       According to the court in *Cade*, a court reimposing supervised release after the imposition of a revocation term of imprisonment may determine the length of the new term, irrespective of the length of the previous term of supervised release.  When a new

term of supervised release is imposed following revocation proceedings, where imprisonment is imposed, the defendant does not get credit for time spent on supervised release prior to the revocation against the new term of supervised release.  He does, however, get an offset for any time spent in prison imposed as a result of the revocation proceedings against any term of supervised release to follow.

DATED this 10th day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on March 10, 2006, a copy of the foregoing was served electronically on:

Todd Mikilop, Esq.

and hand delivered on:

Federal Probation Officer Mike Pentangelo

/s/ Michael D. Dieni