**UNITED STATES DISTRICT COURT**
**District of Alaska**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>LINDA M. GREENE | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed 08/23/02 )<br>Case Number: 3:02-cr-00005-01-HRH<br>Mike Dieni<br>Defendant's Attorney |

Defendant's probation officer filed a petition on  01/17/2006  accusing defendant of  1  violation of the conditions of supervision provided in the original judgment. Defendant admitted allegation 1 . All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Refrain from unlawful Use of controlled substance | 01/3/06 | C |

The court finds that the following accusations are not proved: _____ .
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to  [_] modification or
[X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through  3  of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

March 7, 2006
Date of Disposition Hearing

**REDACTED SIGNATURE**
Signature of Judicial Officer
H. RUSSEL HOLLAND, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

3/8/06
Date

AO245.REV

Defendant: LINDA M. GREENE                Amended Judgment--Page 2 of 3
Case No.: 3:02-cr-00005-01-HRH

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release [X]  probation [_]  having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __time served_____.

[_] The court makes the following recommendations to the Bureau of Prisons:

[_] The defendant is remanded to the custody of the United States Marshal.
[_] The defendant shall surrender to the United States Marshal for this district,
                      a.m.
    [_] at _____ p.m. on _____.
[_] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_] before 2 p.m. on _____.
    [_] as notified by the United States Marshal.
    [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                          United States Marshal

                                  By _____
                                            Deputy Marshal

AO245.REV

Defendant: LINDA M. GREENE                    Amended Judgment--Page 3 of 3
Case No.: 3:02-cr-00005-01-HRH

**SUPERVISED RELEASE**

Defendant's supervised release [X] probation[_] is modified as follows: Defendant is placed on Supervised Release for a term of 1 year. The defendant must abide by the standard conditions and the following special conditions:
1. In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, the defendant shall participate in either or both inpatient or outpatient treatment programs approved by the United States Probation Office for substance abuse treatment, which program shall include testing to determine whether the defendant has reverted to the use of drugs or alcohol.
2. The defendant shall submit to a warrantless search of person, residence, vehicle, office, place of employment and/or business at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall not reside at any location without having first advised other residents that the premises may be subject to searches pursuant to this condition.
3. The defendant shall participate in and fully comply with either or both inpatient or outpatient mental health treatment program approved by the United States Probation Office.
4. The defendant shall not possess a firearm, destructive device, or other weapon.
5. The defendant is required to successfully complete the inpatient program she is currently enrolled in at the Clithroe Center.

The term of supervision is not [_] is[_] extended as follows:

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV