IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS. _Linda M. Greene_

CASE NO: _3:02-CR-00005-HRH_

---

Defendant _Linda M. Greene_,

has this date met the bail conditions indicated below and is ordered discharged from custody.

____ **Released to** _____, the third party custodian(s).

____ **Paid cash bail in the amount of** _____ to the Clerk of Court.

____ **Posted unsecured bond in the amount of** _____

____ **Posted bond secured by** ___ property or ___ surety in the amount of _____ with the Clerk of Court.

____ **Surrendered passport to the Clerk of Court.**

_X_ **Other:** _OR_ _____

_____

Dated at _Anchorage_, Alaska this _17_ day of _April_, 20_06_.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal