```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs__LINDA M. GREENE__ CASE NO. _3:02-CR-00005-HRH_
Defendant:_X_Present    _X_In Custody

BEFORE THE HONORABLE        ____JOHN D. ROBERTS____

DEPUTY CLERK/RECORDER:      ____CAROLINE EDMISTON____

UNITED STATES ATTORNEY:     ____RETTA-RAE RANDALL____

DEFENDANT'S ATTORNEY:       ____RICH CURTNER, APPOINTED____

U.S.P.O.:                   ____ERIC ODEGARD____

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE Held 04/17/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:58 p.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to defendant: read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant states true name:____Same as above.____

_X_ Financial Affidavit filed.  Federal Public Defender accepted appointment; FPD notified.

_X_ Defendant DENIED Allegation_1 of the Petition to Revoke Supervised Release._

_X_ Consent to be filed **April 18, 2006 at 4:30 p.m.** or case shall be transferred to U.S. District Judge.

_X_ Evidentiary Hearing set for **April 24, 2006 at 3:00 p.m.** before Magistrate Judge Roberts.

_X_ Conditions of Release filed.

_X_ Release Order filed.

At 3:16 p.m. court adjourned.

NOTE: Original and one copy of Release Order hand delivered to U.S. Marshal's Service; one copy forwarded to docketing.

DATE:____April 17, 2006____    DEPUTY CLERK'S INITIALS: ___Ce___