Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>LINDA M. GREENE,<br><br>            Defendant. | NO. 3:02-CR-0005-HRH<br><br>**ENTRY OF APPEARANCE** |

       Rich Curtner, Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant LINDA M. GREENE in the above-captioned action.

       DATED at Anchorage, Alaska this 24th day of April 2006.

       Respectfully submitted,

s/Rich Curtner
Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:           907-646-3480
E-Mail:      rich_curtner@fd.org

<u>Certification</u>:
I certify that on April 24, 2006,
a copy of the *Entry of Appearance*
was served electronically on:

Todd mikolop
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Mike Pentangelo
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Rich Curtner