DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-0005-HRH |
| | ) | |
| Plaintiff, | ) | NOTICE OF ATTORNEY APPEARANCE |
| | ) | |
| vs. | ) | |
| | ) | |
| LINDA M. GREENE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States by and through counsel and hereby gives

notice that Assistant Retta-Rae Randall appear as counsel for the for Plaintiff

United States of America in the above-entitled action. All future

correspondence in this matter should be sent to:

>RETTA-RAE RANDALL
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, Room 253, #9
>Anchorage, Alaska  99513-7567
>Phone: (907) 271-6306
>Fax: (907) 271-1500
>E-mail:  rettarae.randall@usdoj.gov

RESPECTFULLY SUBMITTED this 24th day of April, 2006 at

Anchorage, Alaska

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Retta-Rae Randall
>Assistant U.S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-6306
>Fax: (907) 271-1500
>E-mail: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2006
a copy of the foregoing Notice of Attorney
Appearance was sent electronically to
Rich Curtner

s/ Retta-Rae Randall