# United States District Court
## for the
## DISTRICT OF ALASKA

RECEIVED
APR 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A02CR0005 |
| ) | |
| vs. ) | WARRANT FOR ARREST |
| ) | |
| Linda Greene ) | |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Linda Greene and bring her forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging her with one violation of her term of supervised release.

_[signature]_
H. Russel Holland
Senior U.S. District Court Judge

Date 4/13/06

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

Anchorage, AK

| Date Received: 4/14/06 | Name and title of arresting officer: Rochelle Liedike DUSM | Signature of arresting officer: _[signature]_ |
|---|---|---|
| Date of Arrest: 4/14/06 | | |