Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>LINDA M. GREENE,<br><br>       Defendant. | NO. 3:02-cr-0005-HRH<br><br>**DISPOSITION MEMORANDUM**<br><br>**(Filed on Shortened Time)** |

COMES NOW THE DEFENDANT, LINDA M. GREENE, by and through counsel Rich Curtner, Federal Defender, and presents the following memorandum for disposition on July 19, 2006.

Disposition in this case was originally scheduled for June 1, 2006. Disposition was continued at Ms. Greene's request until July 19, 2006.  Ms. Greene wanted the opportunity to enter into a residential substance abuse treatment program before this Court imposed a sentence for Ms. Greene's violation of her supervised release.

Linda Greene has done exceptionally well in treatment.  She entered the residential treatment program at Genesis Recovery Services Incorporated on June 8, 2006.

Ms. Greene completed the residential treatment program on July 8, 2006.  A letter from the Residential Clinician at Genesis is attached as Exhibit A.

Ms. Greene is now participating in the Intensive Outpatient Program of Genesis Recovery.  She is attending three groups a day in that program.  She also will be receiving individual therapy with Dr. Maloney to address mental health issues that impact her substance abuse treatment.

After completion of the Intensive Outpatient Program, Ms. Greene will participate in the "Continuing Care" phase of her treatment for eight weeks.  This phase will also include weekly sessions with her therapist, Dr. Maloney.  Ms. Greene also has daily contact with a sponsor that will provide support beyond her treatment with Genesis.

Linda Greene respectfully requests that she be allowed to continue on supervised release so that she can continue in treatment and have the assistance of the Court in maintaining sobriety.

DATED at Anchorage, Alaska this 18th day of July 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:       907-646-3400
Fax:          907-646-3480
E-Mail:       rich_curtner@fd.org

Certification:
I certify that on July 18, 2006,
a copy of the **Disposition Memorandum**
was served electronically on:

Todd Mikolop
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Mike Pentangelo
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Rich Curtner