# GENESIS
RECOVERY SERVICES INCORPORATED

July 17, 2006

To Whom It May Concern:

This is a letter of progress as requested for Ms. Linda Greene SSN: 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. Ms. Greene entered our residential treatment program on 6-8-2006. After successful completion of her residential treatment she was transferred to Intensive Outpatient on 7-8-2006. Ms. Green currently is attending our Intensive Outpatient Program and also is receiving individual therapy with Dr. Maloney.

Ms. Green while in residential treatment abided by all program rules and regulations of the Genesis Recovery Service Program. Ms. Green also assisted with development of her treatment plan which specifically addressed her goals for treatment. Ms. Green completed all of her treatment goals as required. In addition, Ms. Green demonstrated therapeutic insight into her treatment needs by learning to identify "triggers" that can cause her relapse. Ms. Greene also attained coping skills that will assist her with understanding and processing emotions and increasing her communication and setting boundary skills that will enable her to seek help if needed to maintain her sobriety. Ms. Green as required attended and participated in groups and met with this Clinician at least 1 hour per week. If you have any further questions, do not hesitate to call me. My office number is 907-243-5130.

Sincerely,

*Deborra Fields M.S. L.P.C.*

Deborra Fields M.S. L.P.C.
Residential Clinician

2825 West 42nd Place Anchorage, Alaska 99517 • (907) 243-5130