Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LINDA M. GREENE,<br><br>　　　　　Defendant. | Case No. 3:02-cr-0005-HRH<br><br>MOTION FOR BAIL HEARING,<br>*Filed on Shortened Time* |

　　　　Defendant, Linda M. Greene, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an arraignment and a bail hearing.

　　　　The Municipality of Anchorage has charged Ms. Greene with a DWI.  She is now in jail on that charge.  It is believed that she will be able to post bail and get released.

　　　　In conjunction with that charge, however, the government has asserted it will file a petition to revoke supervised release.  To this end, the government put a detainer on Ms. Greene and she has been held without bail on this detainer since

September 27, 2006. She is entitled to a court appearance and an opportunity to be heard on bail as soon as possible.

Ms. Greene requests the opportunity to appear in court at the earliest possible date.

DATED this 6th day of October, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on October 6, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Todd Mikilop, Esq.

/s/ Michael D. Dieni