UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LINDA M. GREENE,<br><br>        Defendant. | Case No. A02-005CR (HRH)<br><br>PROPOSED<br>ORDER SCHEDULING HEARING |

After due consideration of the defendant's motion for an arraignment and bail hearing, it is hereby ordered that the motion is granted.  An arraignment/bail hearing is set for _____, 2006 at _____a.m./p.m.

DATED this ____ day of _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge