

United States Department of Justice
United States Marshals Service
*District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue  #28,  Room 170
Anchorage, Alaska    99513-7568

To: U.S. District Court
U.S. Attorney
U.S. Probation
Federal Public Defender

From: Randy M. Johnson
United States Marshal
District of Alaska

*Reference:* **Prisoner in STATE Custody with Federal Detainer**

NAME:                GREENE, LINDA M.

DATE OF BIRTH:       05/27/1946

CHARGE:              VIOLATIONS OF SUPERVISED RELEASE

CASE NUMBER:         3:02-CR-00005-HRH

PLACE HELD:          ACC - EAST

DATE OF DETAINER:    09/27/2006

REMARKS: Subject is in state custody with an active federal detainer. U.S. Marshals will notify once subject is in federal custody and available for court.

BOOKED IN ENGLISH:   YES __X__         No _____

Language: _____

**Please call Richard Snyder at (907) 271-4374 in regards to this notice of arrest.  Thank you.**