

# United States Department of Justice
## United States Marshals Service
### District of Alaska

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To:  US District Court
US Attorney
US Probation
US FPD

From:  Randy M. Johnson
United States Marshal
District of Alaska

INRE:

### PRISONER IN FEDERAL CUSTODY

| | |
|---|---|
| NAME: | Greene, Linda |
| DATE OF BIRTH: | 5/27/46 |
| CHARGE: | SR Violations |
| CASE NUMBER: | 3:02-CR-00005-HRH |
| PLACE HELD: | Hiland Mtn. |
| DATE OF ARREST: | 11/07/2006 |
| TIME OF ARREST: | 15:00 |
| PLACE ARRESTED: | off detainer |
| ARRESTED BY: | USMS |

REMARKS:

BOOKED IN ENGLISH:        YES ___x___        NO _____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154.  THANK YOU.