MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs __LINDA M. GREENE__    CASE NO. __3:02-CR-00005-HRH__
Defendant: _X_ Present    _X_ In Custody

BEFORE THE HONORABLE    __MATTHEW D. JAMIN__

DEPUTY CLERK/RECORDER:    __SUZANNETTE LUCERO__

UNITED STATES ATTORNEY:    __RETTA-RAE RANDALL__

DEFENDANT'S ATTORNEY:    __M.J. HADEN - APPOINTED__

U.S.P.O.:    __MICHAEL PENTANGELO__

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
RELEASE HELD 11/08/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:22 a.m. court convened.

_X_ Copy of Petition to Revoke Supervised Release given to defendant; waived reading.

_X_ Defendant waived reading of petition.

_X_ Defendant advised penalties.

_X_ Financial Affidavit filed; Federal Public Defender accepted appointment; FPD notified.

_X_ Defendant **DENIED** allegations __2, 4, 5, 6 and 7 of the Petition to Revoke Supervised Release (Dkt 72)__

_X_ Consent to be filed within _5_ days or case shall be transferred to U.S. District Judge.

_X_ Defendant detained/Detention Hearing set for __11/09/06 at 9:00 a.m.__

_X_ Order of Temporary Detention Pending Hearing **FILED**.

_X_ OTHER:    __Court and counsel heard re oral motion to dismiss allegations 1 and 3 from the petition (Dkt 72) **GRANTED**. Court and counsel heard re defendant's detention. Court and counsel heard re defendant's oral motion to release defendant with conditions.__

At 10:37 a.m. court adjourned.

DATE: __November 8, 2006__    DEPUTY CLERK'S INITIALS:    __SCL__

05/00