MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.   LINDA M. GREENE        CASE NO. 3:02-CR-00005-HRH
Defendant:  X Present   X In Custody

BEFORE THE HONORABLE:         MATTHEW D. JAMIN

DEPUTY CLERK/RECORDER:        SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:      RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:         M.J. HADEN FOR RICH CURTNER

U.S.P.O.:                     MICHAEL PENTANGELO

PROCEEDINGS: DETENTION HEARING HELD 11/09/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:09 a.m. court convened.

Court and counsel heard re defendant's oral motion to release defendant with conditions; **DENIED.**

Order of Detention Pending Trial **FILED.**

Court and counsel heard re Defendant's request of next hearing be set after November 20, 2006.

At 9:24 a.m. court adjourned.

DATE:   November 9, 2006     DEPUTY CLERK'S INITIALS:   SCL