NELSON P. COHEN
United States Attorney

TODD S. MIKOLOP
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: todd.mikolop@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3:02-cr-000005-HRH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE TO DISCONTINUE** |
| vs. | ) | **ELECTRONIC SERVICE** |
| | ) | |
| LINDA M. GREENE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

  COMES NOW Plaintiff United States of America, by and through Nelson P.

Cohen, United States Attorney for the District of Alaska, and hereby requests the

Court no longer electronically serve pleadings in the above-captioned case on Todd

S. Mikolop, Special Asst. U.S. Attorney.  Assistant U.S. Attorney Retta-Rae Randall is the lead attorney in this matter.

RESPECTFULLY submitted this <u>15th</u> day of November, 2006, at Anchorage, Alaska.

>
> Nelson P. Cohen
> United States Attorney
>
> s/ Todd S. Mikolop
> Special Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: todd.mikolop@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2006
a copy of the foregoing NOTICE was served
electronically:

Michael E. Dieni
Staff Attorney
Federal Public Defender Agency
550 W. 7th Ave., #1600
Anchorage, AK  99501

s/ Todd S. Milolop