MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. LINDA M. GREENE          CASE NO. 3:02-cr-00005-HRH
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           H. RUSSEL HOLLAND

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        RETTA-RAE RANDALL

DEFENDANT'S ATTORNEY:           F. RICHARD CURTNER FOR MJ HADEN

U.S.P.O.:                       CHRIS LIEDIKE

PROCEEDINGS: (EVIDENTIARY) / DISPOSITION HEARING ON PETITION TO
             REVOKE SUPERVISED RELEASE HELD NOVEMBER 22, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:03 a.m. court convened.

 X Defendant **ADMITTED** allegations 4 and 5 of the Petition to
   Revoke Supervised Release.

 X FINAL DISPOSITION HEARING:

    X Supervised Release revoked.

    X Defendant imprisoned for a period of time served.

 X Release Order **SIGNED.**

 X OTHER: Court and counsel heard re plaintiff's oral motion to
dismiss allegations 2, 6, and 7 of the Petition to Revoke
Supervised Release; **GRANTED.**

At 10:19 a.m. court adjourned.

NOTE: Original and one copy of Release Order hand delivered to
U.S. Marshal's Service; one copy forwarded to docketing.

DATE:    November 22, 2006      DEPUTY CLERK'S INITIALS:    ak