IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. Linda M. Greene

CASE NO: 3:02-cr-00005-HRH

---

Defendant Linda M. Greene,

has this date met the bail conditions indicated below and is ordered discharged from custody.

____Released to _____, the third party custodian(s).

____Paid cash bail in the amount of _____ to the Clerk of Court.

____Posted unsecured bond in the amount of _____

____Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court.

____Surrendered passport to the Clerk of Court.

✓ Other: Release the defendant. Sentenced to time served.

---

Dated at Anchorage, Alaska this 22nd day of November, 2006.

__REDACTED SIGNATURE__
H. RUSSEL HOLLAND
U.S. DISTRICT JUDGE

Original & 1 cy to U.S. Marshal