UNITED STATES DISTRICT COURT
District of Alaska

UNITED STATES OF AMERICA,

vs.

LINDA M. GREENE

2ND AMENDED JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 08/23/02)
Case Number: 3:02-cr-00005-HRH
F. Richard Curtner
        Defendant's Attorney

Defendant's probation officer filed a petition on 09/27/2006 accusing defendant of 7 violations of the conditions of supervision provided in the original judgment. Defendant admitted allegations 4 and 5 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 4 | Standard | Failure to Refrain From Excessive Use of Alcohol | 09/26/06 | C |
| 5 | Special | Refusal to Submit to Urinalysis Testing | 09/26/06 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [_] modification or [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 2 of this 2nd amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

November 22, 2006
Date of Disposition Hearing

REDACTED SIGNATURE
Signature of Judicial Officer
H. RUSSEL HOLLAND, U.S. DISTRICT JUDGE

Name & Title of Judicial Officer

11/22/06
Date

AO245.REV

Defendant: LINDA M. GREENE                    2nd Amended Judgment--Page 2 of 2
Case No.:   3:02-cr-00005-HRH

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release [X]   probation [_]   having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>time served</u>.

[_]  The court makes the following recommendations to the Bureau of Prisons:


[_]  The defendant is remanded to the custody of the United States Marshal.
[_]  The defendant shall surrender to the United States Marshal for this district,
           [_] at _____ a.m. / p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
           [_] before 2 p.m. on _____.
           [_] as notified by the United States Marshal.
           [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                        _____
                                        United States Marshal

                                   By   _____
                                            Deputy Marshal

AO245.REV